**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1720**

---

In re:  AYINDE DELEON, a/k/a Murda, a/k/a Yin,

      Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the District of Maryland, at Baltimore.  (1:16-cr-00267-LKG-6)

---

Submitted:  October 29, 2024                          Decided:  December 19, 2024

---

Before WILKINSON and AGEE, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Ayinde Deleon, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ayinde Deleon petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2255 motion.  He seeks an order from this court directing the district court to act.  Our review of the district court's docket reveals that the district court has denied Deleon's § 2255 motion.  *United States v. Deleon*, No. 1:16-cr-00267-LKG-6 (D. Md., Oct. 23, 2024).  Accordingly, because the district court has recently decided Deleon's case, we deny the mandamus petition as moot.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*